CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DIST[RICT]

**Ms. Helene Tonique Laurent Miller**
PLAINTIFF

**P.O. 1243**
Address (No Post Office Boxes)

**Chicago**  **IL**  **60690**
City  State  Zip Code

VS.

**United States Department of Labor et [al.]**
DEFENDANT

**200 Constitution Ave. NW, Washington**
Address (No Post Office Boxes)

**Washington**  **DC**  **20210**
City  State  Zip Code

CIVIL ACTION NO. *New case file!*

Jury Trial: ☐ Yes  ☑ No

Case: 1:22-cv-03353
Assigned To : Unassigned
Assign. Date : 11/1/2022
Description: Employ. Discrim. (H-DECK)

## COMPLAINT (Page 1 of 2)

I Ms. Helene Tonique Laurent Miller, who's the Plaintiff/Complainant within this civil lawsuit, and also a United States Army National Guard's veteran was denied my equal employment opportunity while working as labor/law officer at a international program called "The Cargo Security Company," or (TCSC). At the time I was a newly enlisted Army National Guards service member of Operation Home Front/ Post 911 waiting for my military assignments as well as medical temporary reserve. Due to this, Illinois Chicago allowed me to serve as a state and local presidential service member through civil service program "Illinois Department of Financial Professional Regulation," while I was both on my temporary medical reserve/awaiting active

**RECEIVED**
NOV - 1 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*Ms. Helene Tonique Laurent Miller*
Original Signature (in pen)

*Ms. Helene Tonique Laurent Miller*
Name (if applicable, Prisoner ID No.)
None

Address or Facility Address
**Chicago**  **IL**  **60690**

New: 06/21/2022

CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Ms. Helene Tonique Laurent Miller
PLAINTIFF

P.O. 1243
Address (No Post Office Boxes)

Chicago | IL | 60690
City | State | Zip Code

VS.

The Cargo Security Company, INC (TC
DEFENDANT

71 S. Wacker Drive, 47th Floor
Address (No Post Office Boxes)

Chicago | IL | 60606
City | State | Zip Code

**Veterans Identification Card**
**HELENE T L MILLER**
This card serves as proof of service in the Uniformed Services of the United States and does not reflect entitlement to any benefits administered by the Department of Veterans Affairs.

CIVIL ACTION NO. New case file!

Jury Trial: ☐ Yes ☑ No

## COMPLAINT (Page 2 of 2)

I Ms. Helene Tonique Laurent Miller, who's the Plaintiff/Complainant within this civil lawsuit, and also a United States Army National Guard's veteran was denied my equal employment opportunity while working as labor/law officer at a international program called "The Cargo Security Company," or (TCSC). At the time I was a newly enlisted Army National Guards service member of Operation Home Front/ Post 911 waiting for my military assignments as well as medical temporary reserve. Due to this, Illinois Chicago allowed me to serve as a state and local presidential service member through civil service program "Illinois Department of Financial Professional Regulation," while I was both on my temporary medical reserve/awaiting active

Ms. Helene Tonique Laurent Miller
Original Signature (in pen)

Ms. Helene Tonique Laurent Miller
Name (if applicable, Prisoner ID No.)

None
Address or Facility Address

Chicago | IL | 60690

New: 06/21/2022