U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S. Dearborn Street
Chicago, Illinois 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/05/2022

**To:** Helene Miller
PO Box 1243
Chicago, IL 60690

Charge No: 21B-2019-01990

EEOC Representative and email: Sherice Galloway
Acting Coordinator / State, Local & Tribal
sherice.galloway@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: Charging Party Failed to Respond.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 21B-2019-01990.

On Behalf of the Commission:

Digitally Signed By: Julianne Bowman
10/05/2022
Julianne Bowman
District Director

**Cc:**






Veterans Identification Card
**HELENE T L MILLER**
This card serves as proof of service in the Uniformed Services of the United States nd does not reflect entitlement to any benefits administered by the Department f Veterans Affairs.

THE CARGO SECURITY COMPANY, INC, AKA
c/o Catherine Miller, Esq.
Akerman, LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606