AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Ms. Helene Tonique Laurent Miller
*Plaintiff(s)*

v.

United States Department of Labor
The Cargo Security et Al.
*Defendant(s)*

Civil Action No. New case file!

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Cargo Security, INC
71 South Wacker Drive, 47th floor
Chicago IL, 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ms. Helene Tonique Laurent Miller
P.O. Box 1243
Chicago IL, 60690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11-1-2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Ms. Helene Tonique Laurent Miller
_____
Plaintiff(s)

v.   Civil Action No. New case file!

United States Department of Labor/
The Cargo Security et Al.
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Labor
200 Constitutional Ave. NW,
Washington DC, 20210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ms. Helene Tonique Laurent Miller
P.O. Box 1243
Chicago IL, 60690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11-1-2022                                          _____
                                                         *Signature of Clerk or Deputy Clerk*